# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | PUREFITNESS CARLSBAD, INC. |
| **Case Number:** | 14-03171-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 22, 2014 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### *Matter:*

STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION

### *Appearances:*

JULIAN MCMILLAN, ATTORNEY FOR PUREFITNESS CARLSBAD, INC.
PETER DUNCAN, ATTORNEY FOR CALIFORNIA BANK & TRUST

### *Disposition:*

Continued to 5/29/14 @ 2:00 PM, Department 1.  Interim use of cash collateral approved through 5/29/14.  Additional documents to be submitted by 5/28/14, close of business.  Motions for insider compensation and interim use of cash collateral may be noticed on shortened time for hearing on 5/29/14 @ 2:00 PM.