Peter L. Duncan (SBN: 123308)
Lynn M. Beekman (SBN: 149325)
PYLE SIMS DUNCAN & STEVENSON
A Professional Corporation
401 "B" Street, Suite 1500
San Diego, CA 92101-4238
Telephone:  (619) 687-5200
Facsimile:  (619) 687-5210
Email: theresam@psdslaw.com

Attorneys for Secured Creditor
California Bank & Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.  14-03171-MM11 |
| | OBJECTION BY CALIFORNIA BANK & TRUST TO AMENDED MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL |
| PUREFITNESS CARLSBAD, INC., | |
| | Date: June 17, 2014 |
| Debtor. | Time: 9:00 a.m. |
| | Dept. 1, Room 218 |
| | Place: 325 West F Street, San Diego, CA 92101 |

California Bank & Trust, a California corporation ("Bank"), creditor herein, hereby objects to the

amended motion for order authorizing use of cash collateral filed on May 21, 2014. [Docket no. 47]

("Motion") and the Debtor's Supplemental Brief filed on June 9, 2014.  [Docket no. 64 ("Brief").]

**I.**

**FACTS**

In the Brief, Debtor asserts that the Bank is an unsecured creditor because Banco Popular has a

senior lien on inventory and accounts.  The Debtor fails to note that the Bank also has a security interest

in "Any and all bank accounts of Borrower or in which Borrower has an interest held at Lender."  [Proof

of Claim no. 5 filed May 21, 2014, p. 6.]  The Debtor's Amended Schedule B indicates that the Debtor

had $63,800 on deposit at the Bank as of the petition date.  The Bank believes, subject to the Debtor's

testimony at the initial meeting of creditors, that this number is too high, and is likely approximately

1    $5,000, calculated as follows:

| | | | |
|---|---|---|---|
| 2 | Petty Cash Account | ******2611 | $ 25.73 |
| 3 | General Account | ******8521 | $2,056.66 |
| 4 | Credit Card Account | ******1031 | $2,795.96 |
| 5 | Total | | $4,878.35 |

6    Thus, the Bank does have an interest in cash collateral and thus the Motion should be denied as

7 to these funds as the Debtor has offered no adequate protection.  Indeed, it would be difficult to offer

8 meaningful adequate protection to the Bank for use of its cash collateral, given the fact that the Debtor's

9 equipment, inventory and accounts are encumbered with senior liens and liens on their proceeds.

10    As previously stated, the Bank does not consent to the use of its cash collateral, particularly to

11 make payments  of "management  fees" of $3,500 monthly to "PF Holding" (presumably PureFitness

12 Holdings Company, Inc.) be paid $3,500 monthly for "management fees." [Motion, Docket 47-1, p. 2.]

13 Similarly, the Debtor's amended business income and expenses filed on May 17, 2014 lists $3,500 for

14 "management fees-PF Holing." [sic]. [Docket no. 33.]

15 **III.**

16 **CONCLUSION**

17    The Motion should be denied as to the Bank's cash collateral, which should be segregated in a

18 separate interest-bearing accounts pending any further motion by the Debtor to use it.

19

20 Dated:  June 13, 2014            PYLE, SIMS, DUNCAN & STEVENSON
A Professional Corporation

21

22

           By:___/s/ Peter L. Duncan_____

23            Peter L. Duncan
Attorneys for Creditor California Bank & Trust

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

In re PUREFITNESS CARLSBAD, INC., Debtor
Bk Case No. 14-03171-MM11
_____

     I, the undersigned whose address appears below, ceritfy that I am, and at all times hereinafter mentioned, more than 18 years of age; that on  June 13, 2014, I served a true copy of the within:

1.  OBJECTION BY CALIFORNIA BANK & TRUST TO AMENDED MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

**BY THE COURT VIA NEF:**    Pursuant to controlling General Order(s) and in accordance with the Administrative Procedures and Guidelines for Electronic Filing, the foregoing document(s) will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document.  On *June 13, 2014*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and the persons listed below are on the Electronic Mail List to receive NEF transmission at the email address listed:

    Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

   Ann Lee    alee@grahamvaagelaw.com

   Julian McMillan    julian@mcmillanlawgroup.com,
MLGECFMAIL@GMAIL.COM;shelby@mcmillanlawgroup.com;leslie@mcmillanlawgroup.com

   United States Trustee    ustp.region15@usdoj.gov

**U.S. MAIL, FIRST CLASS, POSTAGE PREPAID ON THE PERSONS LISTED BELOW**:

I served a copy on the person(s) listed herein below, by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

| | | |
|---|---|---|
| *(Debtor)* | *(Debtor's Attorney)* | *(Request for Special Notice)* |
| Purefitness Carlsbad, Inc. | Julian McMillan | Banco Popular North America |
| 701 B Street Suite 366-368 | McMillan Law Group | Graham ● Varge LLP |
| San Diego, CA 92101 | 2751 Roosevelt Road | Attn: Susan L. Vaage |
| | Suite 204 | 500 North Brand Boulevard |
| *(Request for Special Notice)* | San Diego, CA 92106 | Suite 1030 |
| *(United States Trustee)* | | Glendale, CA 91203 |
| Haeji Hong | | |
| Office of the US Trustee | | |
| 402 West Broadway, Suite 600 | | |
| San Diego, CA 92101-8511 | | |

    I am readily familiar with the business practices of Pyle Sims Duncan and Stevenson for the collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence is deposited with the United States Postal Service on the same day it is collected and processed in the ordinary course of business.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on  June 13, 2014 at San Diego, California.

                     /s/ Theresa A. Moser
                     Theresa A. Moser
                     401 B Street, Suite 1500
                     San Diego, CA 92101