AMENDED TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor: PUREFITNESS CARLSBAD, INC.

Number: 14-03171-MM11

Hearing: 2:00 PM Thursday, June 26, 2014

Motion: APPLICATION TO EMPLOY MCMILLAN LAW GROUP AS ATTORNEYS FOR THE DEBTOR FILED BY JULIAN MCMILLAN ON BEHALF OF PUREFITNESS CARLSBAD, INC.

The previous tentative was entered in error.   The Court will hear this matter.