UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 14-03171-MM7 |
| | § | |
| PUREFITNESS CARLSBAD, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Leslie T. Gladstone, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $656,956.25 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $775,518.23 | | |

    3)    Total gross receipts of $1,432,474.48 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,432,474.48 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $209,369.61 | $48,686.73 | $48,686.73 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $211,386.04 | $211,386.04 | $211,386.04 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $564,132.19 | $564,132.19 | $564,132.19 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $9,192.68 | $9,192.68 | $9,192.68 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $4,393,087.60 | $2,133,870.82 | $599,076.84 |
| **Total Disbursements** | $0.00 | $5,387,168.12 | $2,967,268.46 | $1,432,474.48 |

4). This case was originally filed under chapter 11 on 04/24/2014. The case was converted to one under Chapter 7 on 09/18/2015. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2017       By:  /s/ Leslie T. Gladstone
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bond Overpayment | 1280-002 | $4,980.00 |
| TURNOVER OF FUNDS FROM CHAPTER 11 BANK ACCOUNT | 1290-010 | $1,427,494.48 |
| **TOTAL GROSS RECEIPTS** | | **$1,432,474.48** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | California Bank & Trust | 4220-000 | $0.00 | $132,753.94 | $0.00 | $0.00 |
| 6 | San Diego County Tax-Collector | 4220-000 | $0.00 | $3,478.94 | $0.00 | $0.00 |
| 10A | FIRESTONE FINANCIAL CORP. | 4210-000 | $0.00 | $66,000.00 | $41,550.00 | $41,550.00 |
| 16 | San Diego County Treasurer-Tax Collector | 4220-000 | $0.00 | $7,136.73 | $7,136.73 | $7,136.73 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$209,369.61** | **$48,686.73** | **$48,686.73** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leslie T. Gladstone Fees, Trustee | 2100-000 | NA | $60,369.08 | $60,369.08 | $60,369.08 |
| Leslie T. Gladstone Expenses, Trustee | 2200-000 | NA | $443.32 | $443.32 | $443.32 |
| FINANCIAL LAW GROUP | 2300-000 | NA | $490.32 | $490.32 | $490.32 |
| East West Bank | 2600-000 | NA | $14,262.92 | $14,262.92 | $14,262.92 |
| CFG CARLSBAD LLC | 2690-000 | NA | $26,724.39 | $26,724.39 | $26,724.39 |
| PAYCHEX | 2690-000 | NA | $1,066.25 | $1,066.25 | $1,066.25 |
| PETRA | 2690-000 | NA | $374.87 | $374.87 | $374.87 |
| THE HARTFORD | 2690-000 | NA | $24,735.00 | $24,735.00 | $24,735.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNISAN | 2690-000 | NA | $21.79 | $21.79 | $21.79 |
| WELLS FARGO BANK | 2690-002 | NA | $4.90 | $4.90 | $4.90 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | $4,658.10 | $4,658.10 | $4,658.10 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| FLG-CB FEES, Attorney for Trustee | 3110-000 | NA | $380.00 | $380.00 | $380.00 |
| FLG-CC, Attorney for Trustee | 3110-000 | NA | $1,029.00 | $1,029.00 | $1,029.00 |
| FLG-LTG, Attorney for Trustee | 3110-000 | NA | $3,727.50 | $3,727.50 | $3,727.50 |
| FLG-EXPENSES, Attorney for Trustee | 3120-000 | NA | $118.92 | $118.92 | $118.92 |
| Finlayson Toffer Roosevelt - Fees, Attorney for Trustee | 3210-000 | NA | $30,885.00 | $30,885.00 | $30,885.00 |
| Finlayson Toffer Roosevelt & Lilly LLP, Attorney for Trustee | 3220-000 | NA | $2,359.43 | $2,359.43 | $2,359.43 |
| SQUAR MILNER, Accountant for Trustee | 3410-000 | NA | $38,440.00 | $38,440.00 | $38,440.00 |
| SQUAR MILNER EXPENSES, Accountant for Trustee | 3420-000 | NA | $170.25 | $170.25 | $170.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $211,386.04 | $211,386.04 | $211,386.04 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LTG CH. 11 FEES, Trustee | 6101-000 | NA | $166,343.81 | $166,343.81 | $166,343.81 |
| LTG CH. 11 EXPENSES, Trustee | 6102-000 | NA | $2,250.59 | $2,250.59 | $2,250.59 |
| FINANCIAL LAW GROUP CH. 11 FEES, Attorney for Trustee | 6110-000 | NA | $207,576.00 | $207,576.00 | $207,576.00 |
| FINANCIAL LAW GROUP CH. 11 EXPENSES, Attorney for Trustee | 6120-000 | NA | $2,645.19 | $2,645.19 | $2,645.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Finlayson Toffer Roosevelt & Lilly LLP, Attorney for Trustee/D-I-P | 6210-000 | | NA | $49,420.50 | $49,420.50 | $49,420.50 |
| FINLAYSON, TOFFER, ROOSEVELT, LILLY - EXPENSES, Attorney for Trustee/D-I-P | 6220-000 | | NA | $1,200.35 | $1,200.35 | $1,200.35 |
| SQUAR MILNER FEES, Accountant for Trustee/D-I-P | 6410-000 | | NA | $122,195.50 | $122,195.50 | $122,195.50 |
| SQUAR MILNER-EXPENSES, Accountant for Trustee/D-I-P | 6420-000 | | NA | $265.25 | $265.25 | $265.25 |
| Fitness Industries, Other Professional | 6700-000 | | NA | $12,235.00 | $12,235.00 | $12,235.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | | NA | $564,132.19 | $564,132.19 | $564,132.19 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $9,192.68 | $9,192.68 | $9,192.68 |
| 18 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $9,192.68 | $9,192.68 | $9,192.68 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The CIT Group/Commercial Services, Inc. | 7100-000 | $0.00 | $2,523.00 | $2,523.00 | $713.85 |
| 2 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3B | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $946.72 | $946.72 | $267.87 |
| 4 | California Bank & Trust | 7100-000 | $0.00 | $92,256.22 | $0.00 | $0.00 |
| 7 | California Bank & Trust | 7100-000 | $0.00 | $728,831.94 | $728,831.94 | $206,216.40 |
| 8 | Banco Popular North America | 7100-000 | $0.00 | $1,446,805.00 | $1,122,089.00 | $317,484.93 |

UST Form 101-7-TDR (10/1/2010)

| 9 | Banco Popular North America | 7100-000 | $0.00 | $103,088.32 | $10,959.24 | $3,100.82 |
|---|---|---|---|---|---|---|
| 10B | FIRESTONE FINANCIAL CORP. | 7100-000 | $0.00 | $124,744.46 | $124,744.46 | $35,295.32 |
| 11 | CDC SMALL BUSINESS FINANCE | 7100-000 | $0.00 | $136,667.48 | $0.00 | $0.00 |
| 12 | American Express Bank FSB | 7100-000 | $0.00 | $20,440.04 | $20,440.04 | $5,783.32 |
| 13 | Michael D. London | 7100-000 | $0.00 | $1,613,448.00 | $0.00 | $0.00 |
| 15 | North County Scaffold & Plank, Inc. | 7100-000 | $0.00 | $1,100.00 | $1,100.00 | $311.24 |
| 17 | U.S. Small Business Administration | 7100-000 | $0.00 | $105,686.69 | $105,686.69 | $29,903.09 |
| 19 | Empire Cleaning Supply | 7200-000 | $0.00 | $16,549.73 | $16,549.73 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,393,087.60 | $2,133,870.82 | $599,076.84 |

**FORM 1**
Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-03171-MM7 | Trustee Name: | Leslie T. Gladstone |
|---|---|---|---|
| Case Name: | PUREFITNESS CARLSBAD, INC. | Date Filed (f) or Converted (c): | 09/18/2015 (c) |
| For the Period Ending: | 4/14/2017 | §341(a) Meeting Date: | 10/22/2015 |
| | | Claims Bar Date: | 01/05/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | TURNOVER OF FUNDS FROM CHAPTER 11 BANK ACCOUNT (u) | $0.00 | $1,427,494.48 | | $1,427,494.48 | FA |
| 2 | ENTERED IN ERROR - CHAPTER 11 ASSET (u) | $0.00 | $0.00 | | $0.00 | FA |
| 2 | ENTERED IN ERROR - CHAPTER 11 ASSET (u) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Prior to bankruptcy, the Debtor filed cross claims against Westgate Hotel Co., Sinclair Oil Corp., and Johnson & Jennings Inc. in the lawsuit titled California Bank & Trust v. PureFitness Carlsbad, Inc., et al., San Diego Superior Court case no. 37-2014-00085084-CU-BC-CTL | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | NOIA FILED TO DISMISS ALL OF THE ESTATE'S CROSS CLAIMS IN STATE COURT ACTION (DOCKET NO. 610) | | | | | |
| 4 | ENTERED IN ERROR - CHAPTER 11 ASSET | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Bond Overpayment (u) | $0.00 | $4,980.00 | | $4,980.00 | FA |

**TOTALS (Excluding unknown value)** | | **Gross Value of Remaining Assets** |
| $0.00 | $1,432,474.48 | $1,432,474.48 | $0.00 |

**Major Activities affecting case closing:**
06/22/2016   READY FOR TFR

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2017 | /s/ LESLIE T. GLADSTONE |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2017 | LESLIE T. GLADSTONE |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 14-03171-MM7 | | Trustee Name: | Leslie T. Gladstone |
|---|---|---|---|---|
| Case Name: | PUREFITNESS CARLSBAD, INC. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4151 | | Checking Acct #: | ******0897 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/24/2014 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2015 | (1) | PUREFITNESS CARLSBAD, INC. | TRANSFER FROM CHAPTER 11 TO CHAPTER 7 | 1290-010 | $1,427,494.48 | | $1,427,494.48 |
| 09/17/2015 | 3462 | WELLS FARGO BANK | INV 182774; CASE 12079631 | 2690-002 | | $4.90 | $1,427,489.58 |
| 09/23/2015 | 3463 | PUREFITNESS CARLSBAD | TRANSFER TO CHAPTER 7 | 9999-000 | | $1,427,489.58 | $0.00 |
| | | | TOTALS: | | $1,427,494.48 | $1,427,494.48 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,427,489.58 | |
| | | | Subtotal | | $1,427,494.48 | $4.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,427,494.48 | $4.90 | |

| For the period of 4/24/2014 to 4/14/2017 | | For the entire history of the account between 12/06/2016 to 4/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,427,494.48 | Total Compensable Receipts: | $1,427,494.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,427,494.48 | Total Comp/Non Comp Receipts: | $1,427,494.48 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4.90 | Total Non-Compensable Disbursements: | $4.90 |
| Total Comp/Non Comp Disbursements: | $4.90 | Total Comp/Non Comp Disbursements: | $4.90 |
| Total Internal/Transfer Disbursements: | $1,427,489.58 | Total Internal/Transfer Disbursements: | $1,427,489.58 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 14-03171-MM7 | Trustee Name: | Leslie T. Gladstone |
|---|---|---|---|
| Case Name: | PUREFITNESS CARLSBAD, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******1191 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/24/2014 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/23/2015 | | PUREFITNESS CARLSBAD | CHAPTER 11 ACCOUNTS | 9999-000 | $1,427,489.58 | | $1,427,489.58 |
| 09/23/2015 | 4001 | FIRESTONE FINANCIAL LLC | PAYMENT IN FULL OF SECURED CLAIM | 4210-000 | | $41,550.00 | $1,385,939.58 |
| 09/23/2015 | 4002 | LESLIE GLADSTONE, TRUSTEE | CHAPTER 11 TRUSTEE FEES COURT ORDER 9/17/15 | * | | $128,481.25 | $1,257,458.33 |
| | | | Leslie T. Gladstone Fees    $(127,057.00) | 6101-000 | | | $1,257,458.33 |
| | | | Leslie T. Gladstone-Expenses    $(1,424.25) | 6102-000 | | | $1,257,458.33 |
| 09/23/2015 | 4003 | FITNESS INDUSTRIES | MGMT CONSULTANT FEES - FINAL COURT ORDER 9/17/15 | 6700-000 | | $12,235.00 | $1,245,223.33 |
| 09/23/2015 | 4004 | SQUAR MILNER | CHAP 11 ACCOUNTANTS COURT ORDER 9/17/15 | * | | $119,963.75 | $1,125,259.58 |
| | | | SQUAR MILNER FEES    $(119,698.50) | 6410-000 | | | $1,125,259.58 |
| | | | SQUAR MILNER-EXPENSES    $(265.25) | 6420-000 | | | $1,125,259.58 |
| 09/23/2015 | 4005 | FINLAYSON, TOFFER, ROOSEVELT, LILLY | CHAP 11 INTERIM FEES COURT ORDER 9/17/15 | * | | $50,620.85 | $1,074,638.73 |
| | | | $(49,420.50) | 6210-000 | | | $1,074,638.73 |
| | | | FINLAYSON, TOFFER, ROOSEVELT, LILLY - EXPENSES    $(1,200.35) | 6220-000 | | | $1,074,638.73 |
| 09/23/2015 | 4006 | FINANCIAL LAW GROUP | CHAP 11 INTERIM FEES COURT ORDER 9/17/15 | * | | $138,495.83 | $936,142.90 |
| | | | FINANCIAL LAW GROUP - FEES    $(136,391.50) | 6110-000 | | | $936,142.90 |
| | | | FINANCIAL LAW GROUP - EXPENSES    $(2,104.33) | 6120-000 | | | $936,142.90 |
| 10/06/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $1,741.67 | $934,401.23 |
| 10/23/2015 | 4007 | SQUAR MILNER | UP TO AWARD FOR CHAPTER 11 FEES | 6410-000 | | $2,497.00 | $931,904.23 |
| 10/28/2015 | 4008 | THE HARTFORD | BILLING ACCOUNT 14413127 FINAL AUDIT PAYMENT | 2690-000 | | $24,735.00 | $907,169.23 |
| 10/28/2015 | 4009 | UNISAN | INV 3004602 | 2690-000 | | $21.79 | $907,147.44 |
| 10/30/2015 | 4010 | PAYCHEX | YEAR END RETURNS AND W-2's | 2690-000 | | $1,066.25 | $906,081.19 |
| 11/03/2015 | 4011 | PETRA | INVOICE 149465 | 2690-000 | | $374.87 | $905,706.32 |
| 11/03/2015 | 4012 | Finlayson Toffer Roosevelt & Lilly LLP | UP TO AWARD FOR CHAP 11 SERVICES | 6210-003 | | $987.50 | $904,718.82 |
| 11/03/2015 | 4013 | CFG CARLSBAD LLC | PRORATIONS FROM SALE AGREEMENT 80% TO BUYER ($86,395.97), LESS VARIOUS MONIES OWED BY BUYER ($57,201.58) | 2690-000 | | $26,724.39 | $877,994.43 |
| 11/06/2015 | 4012 | VOID: Finlayson Toffer Roosevelt & Lilly LLP | UP TO AWARD NOT ALLOWED | 6210-003 | | ($987.50) | $878,981.93 |

**SUBTOTALS**    $1,427,489.58    $548,507.65

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 14-03171-MM7 | Trustee Name: | Leslie T. Gladstone |
|---|---|---|---|
| Case Name: | PUREFITNESS CARLSBAD, INC. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4151 | Checking Acct #: | ******1191 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/24/2014 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $1,507.78 | $877,474.15 |
| 12/04/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $1,385.37 | $876,088.78 |
| 01/04/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $1,413.96 | $874,674.82 |
| 01/25/2016 | 4014 | INTERNAL REVENUE SERVICE | 2015 FORM 940 4TH QUARTER | 2810-000 | | $4,658.10 | $870,016.72 |
| 02/02/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $1,411.68 | $868,605.04 |
| 03/04/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $1,311.55 | $867,293.49 |
| 03/21/2016 | 4015 | FRANCHISE TAX BOARD | 2016 FORM 100-ES FEIN 20-2064151 | 2820-000 | | $800.00 | $866,493.49 |
| 04/04/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $1,399.46 | $865,094.03 |
| 05/06/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $1,351.19 | $863,742.84 |
| 05/13/2016 | 4016 | FINANCIAL LAW GROUP | Bond Payment | 2300-000 | | $490.32 | $863,252.52 |
| 06/09/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $1,393.76 | $861,858.76 |
| 07/14/2016 | | East West Bank | Bank Service Fee | 2600-000 | | $1,346.50 | $860,512.26 |
| 09/12/2016 | 4017 | SQUAR MILNER | COURT ORDER 9/1/2016 | * | | $24,089.64 | $836,422.62 |
| | | | SQUAR MILNER EXPENSES   $(123.64) | 3420-000 | | | $836,422.62 |
| | | | SQUAR MILNER FEES   $(23,966.00) | 3410-000 | | | $836,422.62 |
| 09/12/2016 | 4018 | FINANCIAL LAW GROUP | COURT ORDER 9/8/16 | * | | $71,725.36 | $764,697.26 |
| | | | FINANCIAL LAW GROUP CH. 11 FEES   $(71,184.50) | 6110-000 | | | $764,697.26 |
| | | | FINANCIAL LAW GROUP CH. 11 EXPENSES   $(540.86) | 6120-000 | | | $764,697.26 |
| 09/12/2016 | 4019 | FINANCIAL LAW GROUP | COURT ORDER 9/1/2016 | * | | $5,255.42 | $759,441.84 |
| | | | FLG-CB FEES   $(380.00) | 3110-000 | | | $759,441.84 |
| | | | FLG-CC   $(1,029.00) | 3110-000 | | | $759,441.84 |
| | | | FLG-EXPENSES   $(118.92) | 3120-000 | | | $759,441.84 |
| | | | FLG-LTG   $(3,727.50) | 3110-000 | | | $759,441.84 |
| 09/12/2016 | 4020 | LESLIE GLADSTONE TRUSTEE | COURT ORDER 9/9/16 | * | | $40,113.15 | $719,328.69 |
| | | | LTG CH. 11 FEES   $(39,286.81) | 6101-000 | | | $719,328.69 |
| | | | LTG CH. 11 EXPENSES   $(826.34) | 6102-000 | | | $719,328.69 |
| 09/20/2016 | 4021 | Finlayson Toffer Roosevelt & Lilly LLP | ATTORNEY FEES AND COSTS | * | | $32,147.45 | $687,181.24 |
| | | | Finlayson Toffer Roosevelt - Fees   $(30,885.00) | 3210-000 | | | $687,181.24 |
| | | | Finlayson Toffer Roosevelt - Expenses   $(1,262.45) | 3220-000 | | | $687,181.24 |
| 09/27/2016 | 4022 | Finlayson Toffer Roosevelt & Lilly LLP | ATTORNEY'S EXPENSES | 3220-000 | | $1,096.98 | $686,084.26 |
| 10/13/2016 | 4023 | SQUAR MILNER | ACCOUNTANT'S FEES | 3410-000 | | $2,000.00 | $684,084.26 |
| | | | | SUBTOTALS | $0.00 | $194,897.67 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-03171-MM7 | | Trustee Name: | Leslie T. Gladstone |
|---|---|---|---|---|
| Case Name: | PUREFITNESS CARLSBAD, INC. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4151 | | Checking Acct #: | ******1191 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/24/2014 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/20/2016 | (5) | Global Surety | overpayment refund | 1280-002 | $4,980.00 | | $689,064.26 |
| 12/28/2016 | 4024 | SQUAR MILNER | COURT ORDER 12/21/16 | * | | $12,520.61 | $676,543.65 |
| | | | SQUAR MILNER FEES    $(12,474.00) | 3410-000 | | | $676,543.65 |
| | | | SQUAR MILNER EXPENSES    $(46.61) | 3420-000 | | | $676,543.65 |
| 01/02/2017 | 4025 | Leslie T. Gladstone | | * | | $60,812.40 | $615,731.25 |
| | | | Leslie T. Gladstone Fees    $(60,369.08) | 2100-000 | | | $615,731.25 |
| | | | Leslie T. Gladstone Expenses    $(443.32) | 2200-000 | | | $615,731.25 |
| 01/12/2017 | 4024 | STOP PAYMENT: SQUAR MILNER | COURT ORDER 12/21/16 | * | | ($12,520.61) | $628,251.86 |
| | | | SQUAR MILNER FEES    $12,474.00 | 3410-004 | | | $628,251.86 |
| | | | SQUAR MILNER EXPENSES    $46.61 | 3420-004 | | | $628,251.86 |
| 01/18/2017 | 4026 | SQUAR MILNER | COURT ORDER 12/21/16 replacement check | * | | $12,520.61 | $615,731.25 |
| | | | SQUAR MILNER FEES    $(12,474.00) | 3410-000 | | | $615,731.25 |
| | | | SQUAR MILNER EXPENSES    $(46.61) | 3420-000 | | | $615,731.25 |
| 02/01/2017 | 4027 | UNITED STATES TRUSTEE | Account Number: ; Claim #: 14; Dividend: 0.05; Distribution Dividend: 100.00; Amount Claimed: 325.00; | 2950-000 | | $325.00 | $615,406.25 |
| 02/01/2017 | 4028 | San Diego County Treasurer-Tax Collector | Account Number: ; Claim #: 16; Dividend: 1.15; Distribution Dividend: 100.00; Amount Claimed: 7,136.73; | 4220-000 | | $7,136.73 | $608,269.52 |
| 02/01/2017 | 4029 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 3; Dividend: 1.49; Distribution Dividend: 100.00; Amount Claimed: 9,192.68; | 5800-000 | | $9,192.68 | $599,076.84 |
| 02/01/2017 | 4030 | The CIT Group/Commercial | Account Number: ; Claim #: 1; Dividend: 0.11; Distribution Dividend: 28.29; Amount Claimed: 2,523.00; | 7100-000 | | $713.85 | $598,362.99 |
| 02/01/2017 | 4031 | FRANCHISE TAX BOARD | Account Number: ; Claim #: 3; Dividend: 0.04; Distribution Dividend: 28.29; Amount Claimed: 946.72; | 7100-000 | | $267.87 | $598,095.12 |
| 02/01/2017 | 4032 | California Bank & Trust | Account Number: ; Claim #: 7; Dividend: 33.49; Distribution Dividend: 28.29; Amount Claimed: 728,831.94; | 7100-000 | | $206,216.40 | $391,878.72 |
| 02/01/2017 | 4033 | Banco Popular North America | Account Number: ; Claim #: 8; Dividend: 51.56; Distribution Dividend: 28.29; Amount Claimed: 1,446,805.00; | 7100-000 | | $317,484.93 | $74,393.79 |
| 02/01/2017 | 4034 | Banco Popular North America | Account Number: ; Claim #: 9; Dividend: 0.50; Distribution Dividend: 28.29; Amount Claimed: 103,088.32; | 7100-000 | | $3,100.82 | $71,292.97 |
| 02/01/2017 | 4035 | FIRESTONE FINANCIAL CORP. | Account Number: ; Claim #: 10; Dividend: 5.73; Distribution Dividend: 28.29; Amount Claimed: 124,744.46; | 7100-000 | | $35,295.32 | $35,997.65 |
| | | | **SUBTOTALS** | | $4,980.00 | $653,066.61 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-03171-MM7 | | Trustee Name: | Leslie T. Gladstone |
|---|---|---|---|---|
| Case Name: | PUREFITNESS CARLSBAD, INC. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4151 | | Checking Acct #: | ******1191 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/24/2014 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2017 | 4036 | American Express Bank FSB | Account Number: ; Claim #: 12; Dividend: 0.93; Distribution Dividend: 28.29; Amount Claimed: 20,440.04; | 7100-000 | | $5,783.32 | $30,214.33 |
| 02/01/2017 | 4037 | North County Scaffold & Plank, Inc. | Account Number: ; Claim #: 15; Dividend: 0.05; Distribution Dividend: 28.29; Amount Claimed: 1,100.00; | 7100-000 | | $311.24 | $29,903.09 |
| 02/01/2017 | 4038 | U.S. Small Business Administration | Account Number: ; Claim #: 17; Dividend: 4.85; Distribution Dividend: 28.29; Amount Claimed: 105,686.69; | 7100-000 | | $29,903.09 | $0.00 |
| | | | TOTALS: | | $1,432,469.58 | $1,432,469.58 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,427,489.58 | $0.00 | |
| | | | Subtotal | | $4,980.00 | $1,432,469.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,980.00 | $1,432,469.58 | |

| For the period of 4/24/2014 to 4/14/2017 | | For the entire history of the account between 09/23/2015 to 4/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $4,980.00 | Total Non-Compensable Receipts: | $4,980.00 |
| Total Comp/Non Comp Receipts: | $4,980.00 | Total Comp/Non Comp Receipts: | $4,980.00 |
| Total Internal/Transfer Receipts: | $1,427,489.58 | Total Internal/Transfer Receipts: | $1,427,489.58 |
| | | | |
| Total Compensable Disbursements: | $1,432,469.58 | Total Compensable Disbursements: | $1,432,469.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,432,469.58 | Total Comp/Non Comp Disbursements: | $1,432,469.58 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-03171-MM7 | | Trustee Name: | Leslie T. Gladstone |
|---|---|---|---|---|
| Case Name: | PUREFITNESS CARLSBAD, INC. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***4151 | | Checking Acct #: | ******1191 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/24/2014 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,432,474.48 | $1,432,474.48 | $0.00 |

| For the period of 4/24/2014 to 4/14/2017 | | For the entire history of the case between 09/18/2015 to 4/14/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,427,494.48 | Total Compensable Receipts: | $1,427,494.48 |
| Total Non-Compensable Receipts: | $4,980.00 | Total Non-Compensable Receipts: | $4,980.00 |
| Total Comp/Non Comp Receipts: | $1,432,474.48 | Total Comp/Non Comp Receipts: | $1,432,474.48 |
| Total Internal/Transfer Receipts: | $1,427,489.58 | Total Internal/Transfer Receipts: | $1,427,489.58 |
| | | | |
| Total Compensable Disbursements: | $1,432,469.58 | Total Compensable Disbursements: | $1,432,469.58 |
| Total Non-Compensable Disbursements: | $4.90 | Total Non-Compensable Disbursements: | $4.90 |
| Total Comp/Non Comp Disbursements: | $1,432,474.48 | Total Comp/Non Comp Disbursements: | $1,432,474.48 |
| Total Internal/Transfer Disbursements: | $1,427,489.58 | Total Internal/Transfer Disbursements: | $1,427,489.58 |

/s/ LESLIE T. GLADSTONE

LESLIE T. GLADSTONE